**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 25, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00142-CV

## IN THE MATTER OF THE MARRIAGE OF ROSANNA RENE DAILEY-DILDINE AND JAMES MELVIN DILDINE

### On Appeal from the 246th District Court
### Harris County, Texas
### Trial Court Cause No. 2019-17143

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 31, 2020. On May 4, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Poissant and Wilson.